DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MORGAN

No. 8 PC.

Case below: 31 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

STATE v. MOTSINGER

No. 18 PC.

Case below: 31 N.C. App. 594.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 January 1977.

STATE v. PARKER

No. 123 PC.

Case below: 31 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 dismissed 31 January 1977.

STATE v. PERRY

No. 46.

Case below: 31 N.C. App. 156.

Appeal dismissed ex mero motu for lack of substantial constitutional question 4 February 1977.

STATE v. REEVES

No. 112 PC.

Case below: 31 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.